UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLAND COLLINS, CANDY KELLY, AND ALVIN POLK<br><br>　　　　　Plaintiffs,<br><br>VERSUS<br><br>MARK INGLE, JOHN C. BENTON d/b/a Q & M MOTOR TRANSPORTS, AND NORTHLAND INSURANCE COMPANY<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 2:18-cv-07465-NJB-MBN<br><br>JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion to Substitute Counsel,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The law firm of PANDIT LAW FIRM, and its affiliated attorneys, RAJAN PANDIT, JASON M. BAER, CASEY C. DEREUS, AND JOSHUA A. STEIN, are hereby withdrawn as counsel of record for the plaintiffs.

**IT IS FURTHER ORDERED** that BAER LAW, LLC, and its affiliated attorneys, JASON M. BAER, JOSHUA A. STEIN AND CASEY C. DEREUS, located at 3000 Kingman Street, Suite 200, Metairie, LA 70006; Telephone: (504) 372-0111; Facsimile: (504) 372-0151 are enrolled as counsel of record for the Plaintiffs.

NEW ORLEANS, LOUISIANA, this 22nd day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANNETTE JOLIVETTE BROWN
　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT