IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYLAND COLLINS, CANDY KELLY, AND ALVIN POLK | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:18-cv-07465 |
| Plaintiffs | * | |
| | * | SECTION: G |
| VERSUS | * | |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| JOHN C. BENTON d/b/a Q& M MOTOR TRANSPORTS, MARK INGLE, AND NORTHLAND INSURANCE COMPANY | * | |
| | * | |
| | * | MAGISTRATE MICHAEL B. NORTH |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

**NOW INTO COURT**, come JASON M. BAER, CASEY C. DEREUS, JOSHUA A. STEIN and BAER LAW, LLC, who respectfully request that they be allowed to withdraw as additional counsel of record for Plaintiffs, WAYLAND COLLINS, CANDY KELLY and ALVIN POLK.

Move further shows that Vanessa Motta and Motta Law Firm, LLC will remain as trial counsel and their withdrawal will not retard the progress of the case.

Respectfully submitted this 1ˢᵗ day of July, 2019.

                                                                               Respectfully submitted,

                                                                               **BAER LAW, LLC**

                                                                               BY: _____
                                                                               **JASON M. BAER (#31609)**
                                                                               **CASEY C. DEREUS (#37096)**
                                                                               **JOSHUA A. STEIN (#37885)**
                                                                               3000 Kingman St., Ste 200
                                                                               Metairie, LA 70006
                                                                               Telephone: (504) 372-0111
                                                                               Facsimile: (504) 372-0151
                                                                               Email: jbaer@baerlawllc.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing has been served upon counsel for all parties via the CM/ECF filing system, on this 1st day of July, 2019.

*/s/Jason M. Baer*