IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYLAND COLLINS, CANDY KELLY, AND ALVIN POLK | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:18-cv-07465 |
| Plaintiffs | * | |
| | * | SECTION: G |
| VERSUS | * | |
| | * | JUDGE NANNETTE JOLIVETTE BROWN |
| JOHN C. BENTON d/b/a Q& M MOTOR TRANSPORTS, MARK INGLE, AND | * | |
| NORTHLAND INSURANCE COMPANY | * | MAGISTRATE MICHAEL B. NORTH |
| | * | |
| Defendants | * | |

*******************************************************************************

**ORDER**

**CONSIDERING THE FOREGOING MOTION:**

IT IS ORDERED, ADJUSTED, AND DECREED that Jason M. Baer, Casey C. DeReus, Joshua A. Stein, and Baer Law, LLC are hereby deemed withdrawn as counsel of record for WAYLAND COLLINS, CANDY KELLY AND ALVIN POLK.

New Orleans, Louisiana this _____ day of _____, 2019.

_____

1