UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLAND COLLINS, CANDY KELLY AND ALVIN POLK<br>　　　　　　　　　Plaintiffs<br><br>VERSUS<br><br>JOHN C. BENTON d/b/a Q&M MOTOR TRANSPORTS, MARK INGLE AND NORTHLAND INSURANCE COMPANY<br><br>　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 2:18-CV-07465<br><br>JUDGE: NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE: MICHAEL B. NORTH |

## TRIAL WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, John C. Benton d/b/a Q&M Motor Transports, Mark Ingle, and Northland Insurance Company, and in accordance with this Honorable Court's Scheduling Order dated June 20, 2019, and submit the following list of witnesses who will be called to testify at the trial of this matter presently scheduled for January 27, 2020:

1. Mark Ingle – defendant;

2. John C. Benton – corporate representative of Q&M Motor Transports;

3. Wayland Collins – plaintiff, on cross-examination;

4. Alvin Polk – plaintiff, on cross-examination;

5. Candy Kelly – plaintiff, on cross-examination;

6. Officer Jack Kounlavong – New Orleans Police Department who investigated alleged accident in question;

7. Officer Melvin Hunter of New Orleans Police Department who investigated February 22, 2016 accident involving Alvin Polk;

8. Eric Hernandez – New Orleans EMS paramedic who evaluated and treated Candy Kelly on August 9, 2017;

9. Representative T-Mobile, USA, Inc. – regarding telephone records of Wayland Collins;

10. Officer Melvin Labeaud, Jr. – New Orleans Police Department officer who investigated February 10, 2016 accident involving Jovan Barre, who was driving a vehicle owned by Wayland Collins;

11. Officer Micheleen Scott of New Orleans Police Department who investigated June 10, 2016 accident involving Alvin Polk;

12. Officer Joseph Tusa of New Orleans Police Department who investigated December 26, 2014 accident involving Wayland Collins; Candy Kelly, and Alvin Polk;

13. Officer Clifford Thompson of New Orleans Police Department who investigated December 20, 2016 accident involving Alvin Polk;

14. Dr. Tara Ogden – New Orleans East Hospital emergency room physician who treated Candy Kelly on August 9, 2017;

15. Dr. William Alden – Metropolitan Health Group - concerning prior medical treatment provided to plaintiff, Wayland Collins;

16. Michelle LeBlanc – chiropractor regarding treatment provided to Wayland Collins, Candy Kelly and Alvin Polk, respectively – on cross-examination;

17. Dr. Kristin Green – plaintiff's OB/GYN physician – Crescent City Physicians, Inc., concerning treatment provided to Candy Kelly after alleged accident in question;

18. James J. Mulvey, M.D. – New Orleans East Healthcare Center, prior treating physician of plaintiff, Alvin Polk;

19. Kim Davis – Office Manager of LaFarge concerning employment and employment records of plaintiff, Alvin Polk;

20. Wanda Lanclos – HR Administrator, C.E.C., Inc. concerning employment and employment records of Alvin Polk;

21. Everett Gerard Robert, M.D. – IME neurosurgeon concerning medical evaluations and opinions concerning Wayland Collins, Candy Kelly and Alvin Polk, respectively;

22. Richard V. Baratta – biomedical engineering expert concerning report and evaluation of vehicles, purported impact, and alleged injuries of Wayland Collins, Candy Kelly and Alvin Polk, respectively;

23. Ronnie J. Ducote, II – defendants' vocational rehabilitation counselor/life care planner concerning claims of Wayland Collins, Candy Kelly and Alvin Polk, respectively;

24. Louis G. Fey, Jr., CPCU, CIC, CRM, AIC – insurance consulting and fraud expert concerning red flag and related suspicious activities of purported fraud perpetrated by plaintiffs, Wayland Collins, Candy Kelly and Alvin Polk, respectively;

25. Nancy Fraser Michalski, RN, BSN – registered nurse and medical billing and record auditing expert concerning medical billing and related issue concerning medical expenses charged and related issues concerning treatment provided by Wayland Collins, Candy Kelly and Alvin Polk, respectively.

26. Mel Robarts – Foresight, LLC concerning surveillance of Wayland Collins, Candy Kelly and Alvin Polk, respectively.

27. Any witness listed by plaintiffs in their Witness List.

Respectfully submitted,

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail: mwells@lpwsl.com
kfonte@lpwsl.com

**BY:** */s/ Morgan J. Wells, Jr.*
**MORGAN J. WELLS, JR. (#18499)**
**EVAN J. GODOFSKY (#32471)**

**ATTORNEYS FOR DEFENDANTS, JOHN C. BENTON d/b/a Q&M MOTOR TRANSPORTS, MARK INGLE, AND NORTHLAND INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on counsel for plaintiff and all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/s/ Morgan J. Wells, Jr.*

4