# Richard V. Baratta, Ph.D.
## List of Journal (Peer-Reviewed) Publications

Jain SA, Simmons OP, Hanemann MS, Baratta RV, Guerra AB, Metzinger SE. "Comparison of tensile strength of resorbable plating systems used in monocortical mandible angle osteotomy repair," *Archives of Facial Plastic Surgery,* 390-5 2006.

Tender, G., Kutz, S., Baratta, R.V., Voorhies, R., "Unilateral Removal of Pars Interarticularis: a Biomechanical Study" *Journal of Neurosurgery – Spine* 2:298-302, 2005.

Tender, G., Baratta, R.V., Voorhies, R., "Unilateral Removal of Pars Interarticularis: a Clinical Study" In Press, *Journal of Neurosurgery - Spine,* 2:279-288, 2005.

Lalonde, J., Rabalais, R.D., Mansour, A., Burger, E., Lu, Y., Baratta, R.V., "Fixation of Transverse Olecranon Fractures with New Tension Band Techniques," *Orthopedics*, 28:1191-1194, 2005.

Burger, E., Baratta, R.V., King, A.G.S., Easton, R., Lu, Y., Solomonow, M., Riemer, B.L., "Failure of Proximal Constructs in Scoliosis: the Role of Metal Memory, *Spine*, 30:375-379, 2005.

Hanemann, M., Simmons, O., Metzinger, S., Baratta, R.V., "Strength of Resorbable Plating of Malar Complex Fractures," *Annals of Plastic Surgery,* 54:402-408, 2005.

Miller, L., Guerra, A., Bidros, R., Trahan, C., Baratta, R.V., Metzinger, S., "A Comparison of Load Bearing Strengths Among Four Commercially Available Forms of Hydroxyapatite Cement," *Archives of Plastic and Reconstructive Surgery*, 55:87-*92, 2005.

Lu, D., Solomonow, M., Zhou, B., Baratta, R.V., Li, L., "Frequency-dependent changes in neuromuscular responses to cyclic lumbar flexion," *J Biomech.,* 37:845-55, 2004.

LaBry, R., Sbriccoli, P., Solomonow, M., Zhou, B., Baratta, R.V., Lu, Y and Zhu, M. "Longer Static Flexion Duration Elicits a Neuromuscular Disorder in the Lumbar Spine." *Journal of Applied Physiology*, 96:2005-2015, 2004.

Sbriccoli, P., Solomonow, M., Zhou, B., Baratta, R., Lu, Y., Zhu, M. and Burger, E.  Static Load Magnitude is a Risk Factor in the Development of Cumulative Low Back Disorder.  *Muscle & Nerve*, 29:300-308, 2004.

**EXHIBIT D-1**

Solomonow M, Baratta RV, Zhou BH, Burger E, Zieske A, Gedalia A., "Muscular dysfunction elicited by creep of lumbar viscoelastic tissue," *J Electromyogr Kinesiol.*13:381-96, 2003.

Solomonow M, Hatipkarasulu S, Zhou BH, Baratta RV, Aghazadeh F., "Biomechanics and electromyography of a common idiopathic low back disorder," *Spine*, 28: 1235-48, 2003.

Solomonow M, Zhou BH, Baratta RV, Burger E., "Biomechanics and electromyography of a cumulative lumbar disorder: response to static flexion," *Clinical Biomechanics*, 18:890-898, 2003.

Robert, K., Chandler, R., Baratta, RV., Thomas, K., "The Effect of Divergent Screw Placement on the Initial Strength of Plate-to-Bone Fixation," *Journal of Trauma, Infection and Critical Care*, 55:1139-1144, 2003.

Claude, L.N., Solomonow, M., Zhou, B-H., Baratta, R.V., Zhu, M.P., "Neuromuscular dysfunction elicited by cyclic lumbar flexion," *Muscle & Nerve*, 27:348-58, 2003.

Solomonow, M.,. Baratta, R.V., Banks, A., Freudenberger, C., Zhou, B-H., "Flexion-relaxation Response to Static Lumbar Flexion in Males and Females," *Clinical Biomechanics.* 18:273-9, 2003.

Chu, D., LeBlanc, R., D'Ambrosia, P., D'Ambrosia, R., Baratta, R.V., Solomonow, M., "Neuromuscular Disorder in Response to Anterior Cruciate Ligament Creep" *Clinical Biomechanics*, 18:222-230, 2003.

Orizio, C., Gobbo, M., Veicsteinas, a., Baratta, R.V., Zhou, B-H., Solomonow, M., "Transients of the Force and Surface Mechanomyogram During Cat Gastrocnemius Tetanic Stimulation," *European Journal of Applied Physiology,* 88:601-606, 2003.

Solomonow, M., Zhou, B-H., Baratta, R.V., Zhu, M-P., Lu, Y., "Neuromuscular Disorders Associated with Static Lumbar Flexion: A Feline Model," *Journal of Electromyography & Kinesiology*, 12:81-91, 2002.

Edwards, T.B., Bostick, D., Greene, C.C., Baratta, R.V., Drez, D., "Interobserver and Intraobserver Reliability of Vertebral Level Estimates for Assessing Shoulder Internal Rotation" *Journal of Shoulder and Elbow Surgery*, 11:40-42, 2002.

Boulahia, A., Edwards, T.B., Walch, G., Baratta, R.V., "Early Results of a Reverse Design Prosthesis in the Treatment of Arthritis of the Shoulder in Elderly Patients with a Large Rotator Cuff Tear" *Orthopedics*, 25:129-133, 2002.

Solomonow, M., Eversull, E., Zhou, B-H., Baratta, R.V., Zhu, M-P., " Neuromuscular Neutral Zones Associated with Viscoelastic Hysteresis During Cyclic Lumbar Flexion," *Spine,* 26:314-24, 2001.

Edwards, T.B., Greene, C.C., Baratta, R.V., Zieske, A., Willis, R. B., "The Effect of Placing a Tensioned Graft Across Open Growth Plates" *Journal of Bone and Joint Surgery (American Edition)*, 83:725-34, 2001.

Eversull, E., Solomonow, M., Zhou, B-H., Baratta, R.V., Zhu, M., "Neuromuscular Neutral Zones Sensitivity to Lumbar Displacement Rate," *Clinical Biomechanics*, 16:102-113, 2001.

Jackson, M., Solomonow, M., Zhou, B-H., Baratta, R.V., Harris, M., "Multifidus EMG and Tension-Relaxation Recovery after Prolonged Static Flexion" *Spine*, 26:715-723, 2001.

Stubbs, M., Zhang, H., Vrahas, M.S., Baratta, R.V., Zieske, A., "The Effect of Intra-articular Stainless Steel Implants on the Health of the Rabbit Knee Joint: an Experimental Study" *Journal of Orthopaedic Trauma*, 14:567-70, 2000.

Williams, M., Solomonow, M., Zhou, B., Baratta, R.V. and Harris, M. "Spastic Activity in the Multifidus Elicited by Prolonged Lumbar Loading." *Spine*, 25:2916-2924, 2000.

Zhou, B-H., Baratta, R.V., Solomonow, M., Zhu, M-P., Lu, Y., "Closed Loop Control of Muscle Length Through Motor Unit Recruitment in Load-Moving Conditions," *Journal of Biomechanics,* 33:827-835, 2000.

Solomonow, M., Baratta, R., D'Ambrosia, R., "Standing and Walking After Spinal Cord Injury," *Topics in Spinal Cord Injury,* 5:29-53, 2000.

Orizio, C., Baratta, R.V., Zhou, B., Solomonow, M. and Veicsteinas, A. "Force and Surface Mechanomyogram Frequency Response in Cat Gastrocnemius." *Journal of Biomechanics*., 33:427-433, 2000.

Frank, K., Baratta, R.V., Solomonow, M., Shilstone, M., Riché, K., "The Effect of Strength Shoes on Muscle Activity During Quiet Standing" *Journal of Applied Biomechanics,* 16:204-209, 2000.

Solomonow, M., Zhou, B-H., Baratta, R., Lu, Y., Zhu, M., Harris, M., "Biexponential Recovery Model of Lumbar Viscoelastic Creep and Reflexive Muscular Activity After Prolonged Cyclic Loading," *Clinical Biomechanics,* 15:167-175, 2000.

Baratta, R.V., Solomonow, M., Nguyen, G., D'Ambrosia, R., "Characterization of Load-Length-Velocity Relationships of Nine Different Skeletal Muscles," *Journal of Biomechanics*, 33:381-385, 2000.

Gedalia, U., Solomonow, M., Zhou, B., Baratta, R.V., Lu, Y. and Harris, M. "Biomechanics of Increased Exposure to Lumbar Injury Due to Cyclic Loading: II. Recovery of Reflexive Muscular Stability with Rest." *Spine*, 24:2461-2467, 1999.

Solomonow, M., Zhou, B-H., Harris, M., Lu, Y., Baratta, R.V., "**Volvo Award for Low Back Pain Research Paper:** Biomechanics of Increased Exposure to Lumbar Injury due to Cyclic Loading I: Loss of Reflexive Muscular Stabilization," *Spine*, 24:2426-2434, 1999.

Zhang, H., Vrahas, M., Baratta, R.B., Rosler, D.M., "Damage to Rabbit Femoral Articular Cartilage Following Direct Impact: an *In-vitro* Study," *Clinical Biomechanics*, 14:543-550, 1999.

Orizio, C., Baratta, R.V., Zhou, B., Solomonow, M. and Veicsteinas, A. "Force and Surface Mechanomyogram Relationships in Cat Gastrocnemius," *Journal of Electromyography & Kinesiology*, 9:131-140, 1999.

Solomonow, M., Zhou, B-H., Harris, M., Lu, Y., Baratta, R.V., "The Ligamento-Muscular Stabilizing System of the Spine," *Spine*, 23:2552-2561, 1998.

Baratta, R.V., Zhou, B-H., Solomonow, M., D'Ambrosia, R., " Force Feedback Control of Motor Unit Recruitment in Isometric Muscle," *Journal of Biomechanics*, 31:469-478, 1998.

Baratta, R.V., Solomonow, M., Zhou, B-H., Zhu, M., "Methods to Reduce the Variability of EMG Power Spectrum Estimates," *Journal of Electromyography & Kinesiology*, 8:279-286, 1998.

Baratta, R.V., Solomonow, M., Zhou, B-H., "Frequency Domain-Based Models of Skeletal Muscle," *Journal of Electromyography & Kinesiology*, 8:79-82, 1998.

Zhou, B.-H., Baratta, R.V., Solomonow, M., Matsushita, N., D'Ambrosia, R. "Open Loop Tracking Performance of a Limb Joint Controlled by Random, Periodic and Abrupt Electrical Stimulation Inputs to the Antagonist Muscle Pair," *IEEE Transactions on Biomedical Engineering*, 45:511-519, 1998.

Solomonow, M., Reisin, E., Aguilar, E., Baratta, R., Best, R., D'Ambrosia, R. "Reciprocating Gait Orthosis Powered with Electrical Muscle Stimulation (RGO II). Part II: Medical Evaluation of 70 Paraplegic Patients," *Orthopedics* 20:411-426, 1997.

Goodwin,A., Zhou, B.-H., Baratta, R.V., Solomonow, M., Keegan, A. "The Influence of Antagonist Muscle Control Strategy on the Isotonic Frequency Response of the Cat's Ankle Joint." *IEEE Transactions on Biomedical Engineering*, 44:634-639, 1997.

Zhou, B.-H., Katz, S., Baratta, R., Solomonow, M., D'Ambrosia, R. "Evaluation of Antagonist Coactivation Strategies Elicited from Electrically Stimulated Muscles Under Load-Moving Conditions," *IEEE Transactions on Biomedical Engineering*, 44:620-633, 1997

Thakur, V., Reisin, E., Solomonow, M., Baratta, R., Aguilar, E., Best, R., D'Ambrosia, R., Solanky, T., "Accuracy of Formula-Derived Creatinine Clearance in Paraplegic Subjects," *Clinical Nephrology*, 47:237-242, 1997.

Phillips, D. J., Petrie, S.G., Zhou, B.-H., Guanche, C. A., Baratta, R. V. "Myoelectric and Mechanical Changes Elicited by Ischemic Preconditioning in the Feline Hindlimb." *Journal of Electromyography & Kinesiology,* 7:187-192, 1997.

Solomonow, M., Aguilar, E., Reisin, E., Baratta, R., Best, R., Coetzee, T., D'Ambrosia, R. "Reciprocating Gait Orthosis Powered with Electrical Muscle Stimulation (RGO II) Part I: Performance Evaluation of 70 Paraplegic Patients," *Orthopedics* 20:315-324, 1997.

Baratta, R.V., Solomonow, M., Best, R., D'Ambrosia, R., "Force, Velocity and Energy Dynamics of Load-Moving Muscle," *Medical Engineering and Physics*, 19:37-49, 1997.

Bernardi, M., Solomonow, M., Baratta, R., "Motor Unit Recruitment Strategy of Antagonist Muscle Pair During Linearly Increasing Contractions," *Electromyography & Clinical Neurophysiology*, 37:3-12, 1997.

Hirokawa, S., Solomonow, M., Baratta, R., D'Ambrosia, R., "Energy Expenditure and Fatiguability of Paraplegic Ambulation using Reciprocating Gait Orthoses and Electrical Stimulation," *Disability and Rehabilitation*, 18:115-122, 1996.

Lewis, J, Donatto, K, Solomonow, M, Zhou, B, Lu, Y, Baratta, R, Zhu, M. "Ligamento-Muscular Protective Reflex in the Feline Ankle." *Orthopaedics International*, 4:359-365, 1996.

Solomonow, M, Guanche, C, Wink, C, Knatt, T, Baratta R.V., Lu, Y., "Mechanoreceptors and Reflex Arc in the Feline Shoulder." *Journal of Shoulder & Elbow Surgery*, 5:139-146, 1996.

Bernardi, M., Solomonow, M., Nguyen, G., Smith, A., Baratta, R.V., "Motor Unit Recruitment Strategy Changes with Skill Acquisition." *European Journal of Applied Physiology*, 74:52-59, 1996.

Baratta, R.V., Solomonow, M., Nguyen, G., "Length-Load and Velocity in the Load-Moving Tibialis Anterior Muscle of Cat," *Journal of Applied Physiology*, 80:2247-2249, 1996.

Zhou, B-H., Baratta, R., Solomonow, M., Olivier, L.J., Nguyen G., D'Ambrosia, "Evaluation of Isometric Antagonist Coactivation Strategies of Electrically Stimulated Muscle," *IEEE Transactions on Biomedical Engineering*, 43:150-160, 1996.

Acierno S., D'Ambrosia C., Solomonow M., Baratta RV, D'Ambrosia R., "Electromyography and Biomechanics of a Dynamic Knee Brace for Anterior Cruciate Ligament Deficiency." *Orthopedics*, 18:1101-1107, 1995.

Baratta, R., Solomonow, M., Best, R., Zembo, M., D'Ambrosia, R., "Force-Velocity Relations of Nine Skeletal Muscles, *Medical and Biological Engineering and Computing*, 33:357-564, 1995.

Bernardi, M., Solomonow, M., Sanchez, J., Baratta, R., Nguyen G., "Motor Unit Recruitment Strategy of Knee Antagonist Muscles in Step-Wise Increasing Contractions*," European Journal of Applied Physiology*, 70:493-501, 1995.

Guanche, C., Knatt, T., Solomonow, M., Lu, Y., Baratta, R., "The Synergistic Action of the Capsule and Shoulder Muscles," *American Journal of Sports Medicine*, 23:301-306, 1995.

Knatt, T., Guanche, C., Solomonow, M., Lu, Y., Baratta, R., Zhou, B-H., "The Glenohumeral-Biceps Reflex," *Clinical Orthopaedics and Related Research*, 314:247-252, 1995.

Zhou, B-H., Baratta, R., Solomonow, M., D'Ambrosia, R., "The Dynamic Response of the Cat Ankle Joint During Load Moving Contractions," *IEEE Transactions on Biomedical Engineering*, 42:386-393, 1995.

Baratta, R. V., Solomonow, M., Best, R., Zembo, M., D'Ambrosia, R., "Architecture Based Force-Velocity Models of Load Moving Skeletal Muscles", *Clinical Biomechanics*, 10:149-155, 1995.

Zhou, B-H., Solomonow, M., Baratta, R., D'Ambrosia, R., "The Dynamic Performance Model of an Isometric Muscle-Joint Unit," *Medical Engineering and Physics*, 17:145-150, 1995.

Roeleveld, K., Baratta, R., Solomonow, M., Huijing, P., "Role of the Tendon in the Dynamic Performance of Three Load-Moving Muscles," *Annals of Biomedical Engineering*, 22:682-691, 1994.

Roeleveld, K., Baratta, R., Solomonow, M., "Dynamic Performance of Three Different Load Moving Muscles," *Medical and Biological Engineering and Computing*, 32:446-452, 1994.

Solomonow, M., Baratta, R., Bernardi, M., Zhou, B-H., Lu, Y., Zhu, M-P., Acierno, S., "Surface and Wire EMG Cross-Talk in Neighboring Muscles," *Journal of Electromyography and Kinesiology*, 4:131-142, 1994.

Vance, T., Solomonow, M., Baratta, R. V., Best R., "Comparison of Isometric and Isotonic Length-Tension Models in Two Skeletal Muscles," *IEEE Transactions in Biomedical Engineering*, 41:771-781, 1994.

Sanchez, J., Solomonow, M., Baratta, R. V., D'Ambrosia, R., "Control Strategies of the Elbow Antagonist Muscle Pair During Two Types of Increasing Isometric Contraction," *Journal of Electromyography and Kinesiology*. 3:33-40, 1993.

Baratta, R. V., Solomonow, M., Best, R., D'Ambrosia, R., "The Isotonic Length-Tension Models of Nine Different Skeletal Muscles," *Medical and Biological Engineering and Computing*, 31:449-458, 1993.

Roeleveld, K., Baratta, R. V., Solomonow, M., van Soest, A. G., Huijing, P. A., "Role of Tendon Properties on the Dynamic Performance of Different Isometric Muscles," *Journal of Applied Physiology*, 74:1348-1355, 1993.

Orizio, C., Solomonow, M., Baratta, R. V., Veicsteinas, A., "Influence of Motor Units Recruitment and Firing Rate on the Sound Myogram and EMG Characteristics in cat Gastrocnemius," *Journal of Electromyography and Kinesiology*, 2:232-241, 1993.

Garza, J., Baratta, R., Odinet, K., Metzinger, S., Bailey, D., Best, R., Whitworth, R., Trail, M., "Impact Tolerances of the Rigidly Fixated Maxillofacial Skeleton," *Annals of Plastic Surgery* , 30:212-216, 1993.

Hirokawa, S., Solomonow, M., Lu, Y., Baratta, R.V., Shoji, H. and D'Ambrosia, R., "Anterior-Posterior Displacement of the Tibia Elicited by Quadriceps Contraction," *American Journal of Sports Medicine*  20:299-306, 1992.

Gareis, H., Solomonow, M., Baratta, R., Best, R., D'Ambrosia, R., "The Length-Force Relations of Nine Different Skeletal Muscles," *Journal of Biomechanics*, 25:903-916, 1992

Baratta, R. V., Solomonow, M.,"The Dynamic Performance Model of Skeletal Muscle," *CRC Critical Reviews in Biomedical Engineering*, 19:419-454, 1992

Solomonow, M., Baratta, R., Harris, M., D'Ambrosia, R., "Current Status of Walking Orthoses for Thoracic Paraplegics," *Mediguide to Orthopaedics*, 10:1-8, 1991.

Aguilar, E.A., Baratta, R.V., D'Ambrosia, R., "Integrating Computers Into Orthopaedic Research: A Review Article," *Orthopaedics*, 14:881-885, 1991.

Baratta, R.V., Solomonow, M., "The Dynamic Performance of a Load Moving Skeletal Muscle," *Journal of Applied Physiology.*, 71:749-757, 1991.

Baratta, R.V. and Solomonow, M., "The Effect of Tendons Viscoelastic Stiffness on the Dynamic Performance of Skeletal Muscle," *Journal of Biomechanics,* 24:109-116, 1991.

Solomonow, M., Baratta, R.V., Lin, C., Shoji, H. and D'Ambrosia, R., "EMG-Force Model of a Single Skeletal Muscle Acting Across the Joint: Dependence on Joint Angle," *Journal of Electromyography and Kinesiology* 1:58-67, 1991.

Hirokawa, S., Grimm, M., Le, T., Solomonow, M., Baratta, R.V., Shoji, H. and D'Ambrosia, R., "Energy Consumption of Paraplegics Ambulating with Muscle Stimulation Powered Reciprocating Gait Orthosis," *Archives of Physical Medicine and Rehabilitation* 71:687-699, 1990.

Baratta, R.V., and Solomonow, M., "Dynamic Response Model of Nine Different Skeletal Muscles," *IEEE Transactions on Biomedical Engineering*, 37:243-251, 1990.

Solomonow, M., Baten, C., Smit, J., Baratta, R.V., Hermens, H., D'Ambrosia, R. and Shoji, H., "EMG Power Spectra Frequencies Associated with Motor Unit Recruitment Strategies," *Journal of Applied Physiology*, 68:1177-1185, 1990.

Hagood, S., Solomonow, M., Baratta, R.V., Zhou, B.H. and D'Ambrosia, R., "The Effect of Joint Velocity on the Contribution of the Antagonist Musculature to Knee Stiffness and Laxity," *American Journal of Sports Medicine*, 18:182-187, 1990.

Solomonow, M., Baratta, R.V., Shoji, H., and D'Ambrosia, R., "The EMG-Force Relationships of Skeletal Muscle: Dependence on Contraction Rate and Motor Units Control Strategy," *Electromyography & Clinical Neurophysiology*, 30:141-152, 1990.

Solomonow, M., Baratta,R.V., Hirokawa, S., Rightor, N., Walker,W., Beaudette, P., Shoji, H. and D'Ambrosia, R., "The RGO Generation II:  Muscle Stimulation Powered Orthosis as a Practical Walking System for Thoracic Paraplegics," *Orthopedics*, 12:1309-1315, 1989.

Baratta, R.V., Ichie, M., Hwang, S. and Solomonow, M., "Orderly Stimulation of Skeletal Muscle Motor Units with Tripolar Nerve Cuff Electrodes," *IEEE Transactions on Biomedical Engineering,* 36:836-843, 1989.

Baratta, R.V., Zhou, B., and Solomonow, M., "The Frequency Response Model of Skeletal Muscle: Effect of Perturbation Level and Control Strategies," *Medical & Biological Engineering & Computing*, 27:337-345, 1989.

Baratta,R.V., Ichie, M., Hwang, S., and Solomonow, M., "A Method for Studying Muscle Properties Under Orderly Stimulation of Motor Units with Tripolar Nerve Cuff Electrode," *Journal of Biomedical Engineering*, 11:141-147, 1989.

Solomonow, M., Baratta, R.V., and D'Ambrosia, R., "The Role of the Hamstrings in the Rehabilitation of the ACL Deficient Knee," *Sports Medicine*, 7:42-48, 1989.

Solomonow, M., Baratta, R.V., Zhou, B., and D'Ambrosia, R., "EMG Coactivation Patterns of the Elbow Antagonist Muscles During Slow Isokinetic Movement," *Experimental Neurology*, 100:470-477, 1988.

Baratta, R.V., Solomonow, M., Zhou, B., Letson, D., Chuinard, R., and D'Ambrosia, R., "Muscular Coactivation: The Role of the Antagonist Musculature in Maintaining Joint Stability," *American Journal of Sports Medicine*, 16:113-122, 1988.

Solomonow, M., Baratta, R.V., Zhou, B., Shoji, H., and D'Ambrosia, R., "The EMG-Force Model of Electrically Stimulated Muscle: Dependence on Control Strategy and Predominant Fiber Type," *IEEE Transactions in Biomedical Engineering*, 34:592-703, 1987.

Solomonow, M., Baratta, R.V., Zhou, B., Shoji, H., Bose, W., Beck, C., and D'Ambrosia, R., "The Synergistic Action of the ACL and Knee Muscles in Maintaining Joint Stability," *American Journal of Sports Medicine,* 15:207-218, 1987.

Zhou, B., Baratta, R.V., and Solomonow, M., "Manipulation of Muscle Force with Various Firing Rate and Recruitment Control Strategies," *IEEE Transactions on Biomedical Engineering*, 34:6-18, 1987.

Solomonow, M., Baratta, R.V., Zhou, B., and D'Ambrosia, R., "An Historical Update and New Developments on the EMG-Force Relationships," *Orthopedics*, 9:1541-1543, 1986.

Solomonow, M., Guzzi, A., Baratta, R.V., Shoji, H., and D'Ambrosia, R., "EMG-Force Model of the Elbow's Antagonistic Muscle Pair; Gravity, Joint Geometry and Recruitment," *American Journal of Physical Medicine*, 65:223-242, 1986.

Solomonow, M., Baratta, R.V., Shoji, H., and D'Ambrosia, R., "Myoelectric Profile of Electrically Stimulated Muscle; An Inherent Feedback Parameter for a Closed Loop Control Scheme," *IEEE Transactions on Biomedical Engineering*, 33:735-745, 1986.

Solomonow, M., Baratta, R. V., Miwa, T., Shoji, H. and D'Ambrosia, R., "A Technique for Recording EMG from an Electrically Stimulated Muscle," *Orthopedics*, 8:492-495, 1985