## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYLAND COLLINS, CANDY KELLY AND ALVIN POLK**<br><br>        **Plaintiffs**<br><br>**VERSUS**<br><br>**JOHN C. BENTON d/b/a Q&M MOTOR TRANSPORTS, MARK INGLE AND NORTHLAND INSURANCE COMPANY**<br><br>        **Defendants** | **CIVIL ACTION**<br><br>**NO. 2:18-CV-07465**<br><br>**JUDGE: NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE: MICHAEL B. NORTH** |

## MOTION TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, MOTION TO CONTINUE TRIAL

**NOW INTO COURT,** through undersigned counsel, come defendants, John C. Benton d/b/a Q&M Motor Transports, Mark Ingle, and Northland Insurance Company, and respectfully request this Honorable Court to enter a Stay Order or, in the alternative, an Order to Continue the Trial Date in this matter for the reasons more fully set forth in the attached accompanying Memorandum.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail: mwells@lpwsl.com
           egodofsky@lpwsl.com

BY:        ___*/s/ Morgan J. Wells, Jr.*___
           **MORGAN J. WELLS, JR. (#18499)
           EVAN J. GODOFSKY (#32471)**

           **ATTORNEYS FOR DEFENDANTS,
           JOHN C. BENTON d/b/a Q&M MOTOR
           TRANSPORT, MARK INGLE, AND
           NORTHLAND INSURANCE COMPANY**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on counsel for plaintiff and all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.


           ___*/s/ Morgan J. Wells, Jr.*___