UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WAYLAND COLLINS, ET AL.                              CIVIL ACTION

VERSUS                                               NUMBER: 18-7465

JOHN C. BENTON d/b/a Q & M                           SECTION: "G"(5)
MOTOR TRANSPORTS, ET AL.

**ORDER ON MOTION**
**DECEMBER 2, 2019**

APPEARANCES:

MOTION:

(1)   Plaintiffs' Motion to Compel the Adjuster's Note in Connection to the Statement of Mark Ingle (Rec. doc. 76).

\_\_\_\_\_ :   Continued to

\_\_\_\_\_ :   No opposition.

\_\_\_\_\_ :   Opposition.

**ORDERED**

   1   :   Dismissed as moot. In light of this order, oral argument that was scheduled for December 4, 2019 at 11:00 a.m. is cancelled.

\_\_\_\_\_ :   Dismissed for failure of counsel to appear.

\_\_\_\_\_ :   Granted.

\_\_\_\_\_ :   Denied.

\_\_\_\_\_ :   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE