UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLAND COLLINS | CIVIL ACTION |
| VERSUS | NO: 18-7465 |
| JOHN C. BENTON, et al | SECTION: "G" |

## ORDER

The Clerk's records reflect that counsel, Sarah White, was recently suspended from practice in this Court for failure to pay attorney triennial dues. Counsel has not responded to the Clerk's notice sent on November 4, 2020.[1]

Accordingly, **IT IS ORDERED** that Sarah White make payment for attorney triennial dues[2], on or before **December 18, 2020,** or show cause on that date by written memorandum why she should not be removed from this case.

New Orleans, Louisiana, this 19th day of November 2020.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

1 Rec. Doc. 25
2 Local Rule 83.2.2(D)