MINUTE ENTRY
BROWN, C. J.
NOVEMBER 16, 2021

JS-10: 10:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLAND COLLINS, et al. | CIVIL ACTION |
| VERSUS | NO: 18-7465 |
| JOHN C. BENTON, et al. | SECTION: "G" |

<u>JURY TRIAL</u>
Day 2

COURT REPORTER: Nichelle Wheeler
CASE MANAGER: Morgan Palmer and Bridget Gregory
LAW CLERK: Jacob McCarty

APPEARANCES:    Vanessa Motta, Counsel for plaintiffs
                Morgan J. Wells, Jr. & Evan J. Godofsky, Counsel for defendants

Court begins at 8:00 a.m.
Preliminary matters discussed on the record.
Jurors returned to the courtroom.
Plaintiffs' witnesses:
John Smith, sworn and testified as an expert.
Exhibit P4 offered and admitted.
Larry Cole, sworn and testified as an expert.
Wayland Collins, sworn and testified.
Exhibits D1, D2, & D3 offered and admitted.
Michelle LeBlanc, sworn and testified as an expert.
Exhibits P5, P6, D4, D5, & D6 offered and admitted.
Dr. Peter Liechty, sworn and testified as an expert.
Exhibits P7 & P8 offered and admitted.
Officer John Kounlavong, sworn and testified.
Exhibits P9 & P10 offered and admitted.
Candy Kelly, sworn and testified.
Ashley Lastrapes, sworn and testified as an expert.
Alvin Polk, sworn and testified.
Exhibits D7, D8, D9, D10, D11a & D11b offered and admitted.
Court recessed at 7:03 p.m. to resume Wednesday, November 17, 2021 at 8:00 a.m.