MINUTE ENTRY
BROWN, C. J.
NOVEMBER 22, 2021

JS-10: 9:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLAND COLLINS, et al. | CIVIL ACTION |
| VERSUS | NO: 18-7465 |
| JOHN C. BENTON, et al. | SECTION: "G" |

JURY TRIAL
Day 4

COURT REPORTER: Nichelle Wheeler
CASE MANAGER: Morgan Palmer and Cheri Stouder
LAW CLERK: Jacob McCarty

APPEARANCES:   Vanessa Motta, Counsel for plaintiffs
Morgan J. Wells, Jr. & Evan J. Godofsky, Counsel for defendants

Court begins at 8:03 a.m.
Preliminary matters discussed on the record.
Juror #4 dismissed for cause.
Jurors returned to the courtroom.
Plaintiffs' witness, out of turn:
Dr. Eric Lonseth, sworn and testified as an expert.
Defendants' witnesses:
Dr. Everett Robert, sworn and testified as an expert.
Ronnie Ducote, sworn and testified as an expert.
Dr. Richard Baratta, sworn and testified as an expert.
Exhibit D12 offered and admitted.
Jurors removed from the courtroom.
Counsel argue the validity of a trial subpoena issued by Plaintiffs.
Court finds the subpoena to be defective and GRANTS defendants' oral motion to quash any documents requested in the subpoena that were not already produced.
Jurors returned to the courtroom.
Louis Fey Jr., sworn and testified as an expert.
Exhibit D13 offered and admitted.
Defendants' rest.
Jurors removed from the courtroom.
Plaintiffs' motion for judgment as a matter of law argued and DENIED.
Charge conference held in chambers.
Court recessed at 6:48 p.m. to resume Tuesday, November 23, 2021 at 8:00 a.m.